UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JULIO SANCHEZ, etc., et ano.,

                Plaintiffs,

-against-                                      09 Civ. 6346 (LAK)

JUDITH McCARTHY DALTON, et al.,

                Defendants.

------------------------------------------------------------x

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED #: 9/23/09*

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The motion of the United States of America to be substituted as the defendant and to dismiss the action is granted without opposition. The Clerk shall close the case.

        SO ORDERED.

Dated:        September 23, 2009

                                                          Lewis A. Kaplan
                                                United States District Judge